The People of the State of Illinois, Plaintiff-Appellee, v.
Carl R. Tucker, Defendant-Appellant.

Gen. No. 10,686. 

Fourth District.
July 7, 1966.

Chester Thomson, Public Defender, of Blooming-
ton (Jerome Mirza, of counsel), for appellant; Hugh A. Henry,
Jr., State's Attorney, of Bloomington, for appellee. Opinion by
PRESIDING JUSTICE TRAPP. Not to be published in full.